```
                                    FILED
                                    2006 OCT 11  AM 11:17
                                    CLERK US DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MICHAEL GIECK,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>MARTIN EARLE LEVIN, M.D.; AN MINH NGUYEN, M.D.,<br><br>　　　　　　　　　Defendant. | CASE NO. 05CV1974-H (RBB)<br><br>**ORDER RE PLAINTIFF'S SUBMISSION** |

On September 25, 2006, Plaintiff, proceeding *pro se* and *in forma pauperis* ("IFP"), submitted a letter to inform the Court of a payment posted to his prison trust account. Additionally, Plaintiff authorized the Court to use the posted funds toward repayment of the initial filing fee for his complaint. Pursuant to the Court's order of January 23, 2006, granting Plaintiff's motion to proceed IFP, the $250 balance of the filing fee will be collected and forwarded to the Clerk of the Court pursuant to the installment payment provisions set forth in 28 U.S.C. § 1915(b)(1). The Court DECLINES to modify its previous order. Collection of the outstanding balance of the filing fee shall proceed under the terms of the Court's previous order and in compliance with 28 U.S.C. § 1915(b)(1).

　　IT IS SO ORDERED.

Dated: 10/10/06

　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

<u>COPIES TO:</u>
Dennis Michael Gieck, Pro Se
CDC #K-76640
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002

State of California
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101-5266

Jeanne Woodford, Director
California Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 94283-0001

Magistrate Judge Ruben B. Brooks

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28