FILED

06 OCT 13 PM 2:14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DENNIS MICHAEL GIECK, CDC #K-76640,

Plaintiff,

vs.

MARTIN EARLE LEVIN, M.D.; AN MINH NGUYEN, M.D.,

Defendant.

CASE NO. 05-CV-1974 H (RBB)

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Dennis Michael Gieck, a state prisoner currently incarcerated at Calipatria State Prison in Calipatria, California, and proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on October 18, 2005. (Doc. No. 1.) On December 2, 2005, Plaintiff filed a motion for preliminary injunction against Defendants Dr. Martin Levin and Dr. An Minh Nguyen, requesting the Court to order specific medical treatments he alleged the Defendants had denied. The Court denied Plaintiff's motion on January 23, 2006, noting that at this early stage in the proceedings, it was not reasonably likely that Plaintiff could prove the legal conclusions made in his complaint, notably that Defendants' actions constituted deliberate indifference. (Order Denying Pl's Mot. for Prelim. Inj. at 7.) On February 8, 2006, Plaintiff filed a second motion for preliminary injunction. (Doc. No. 10.) The Court construed Plaintiff's motion as one for reconsideration and denied it because



Plaintiff failed to meet his burden on bringing a motion for reconsideration. (Doc. No. 11.)

Presently before the Court is Plaintiff's request to submit affidavits in support of his Eighth Amendment claim, which the Court received on October 5, 2006. Plaintiff's most recent filing consists of letters from doctors related to his treatment. In the caption of Plaintiff's filing, he references a section of this Court's initial order denying his motion for a preliminary injunction in which the Court stated that Plaintiff had not shown a clear likelihood of success on the merits. Thus, the Court construes this most recent filing as a second motion for reconsideration of its initial order denying Plaintiff's motion for preliminary injunction.

A motion for reconsideration "is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Whether to grant or deny reconsideration is within the discretion of the district courts. United States v. Desert Gold Mining Co., 433 F.2d 713, 715 (9th Cir. 1970).

Plaintiff has failed to meet his burden on this motion for reconsideration. He has failed to show any newly discovered evidence, any intervening change in the law, or that the Court committed clear error or that the earlier decision was manifestly unjust. Instead, Plaintiff attaches letters from physicians related to their examinations of Plaintiff during 2003, over two years before Plaintiff filed this suit. Moreover, even examining the documents filed by Plaintiff, he still cannot show a clear likelihood of success on the merits. "A preliminary injunction is an extraordinary and drastic remedy, one that should not be granted unless the movant, by a clear showing, carries the burden of persuasion." Mazurek v. Armstrong, 520 U.S. 968, 972 (1997) (quotations and citations omitted). These additional documents do not go to show whether Defendants were deliberately indifferent to serious medical needs or whether they took reasonable measures to treat Plaintiff. Further, even if Plaintiff could show

a difference in medical opinion between doctors over his treatment, the Ninth Circuit has clearly stated that difference of opinion over treatment is insufficient to show deliberate indifference to serious medical needs. Sanchez v. Vild, 891 F.2d 240, 242 (9th Cir. 1989). Even medical malpractice does not amount to a violation of the Eighth Amendment. Broughton v. Cutter Lab., 622 F.2d 458, 460 (9th Cir. 1980).

Therefore, in its discretion, the Court **DENIES** Plaintiff's second motion for reconsideration.

IT IS SO ORDERED.

Dated: 10/12/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Dennis Michael Gieck, Pro Se
CDC #K-76640
Calipatria State Prison
7018 Blair Rd.
Calipatria, CA 92233

State of California
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101-5266

Jeanne Woodford, Director
California Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 94283-0001

Magistrate Judge Ruben B. Brooks