FILED
2006 OCT 23 AM 9:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MICHAEL GIECK, CDC #K-76640, <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN EARLE LEVIN, M.D.; AN MINH NGUYEN, M.D., <br><br> Defendant. | CASE NO. 05-CV-1974 H (RBB) <br><br> **ORDER DENYING PLAINTIFF'S REQUEST FOR STAY OF MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Dennis Michael Gieck, a state prisoner incarcerated at Calipatria State Prison in Calipatria, California, and proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on October 18, 2005. (Doc. No. 1.) On October 17, 2006, Plaintiff filed a request that the Court stay Defendants' motion for summary judgment so that he can complete affidavit requests. Given that Defendants have not yet filed their motion for summary judgment, Plaintiff's request for an extension of time to respond is premature. Accordingly, the Court DENIES Plaintiff's request for a stay of Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: 10/20/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Dennis Michael Gieck, Pro Se
CDC #K-76640
Calipatria State Prison
7018 Blair Rd.
Calipatria, CA 92233

State of California
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101-5266

Jeanne Woodford, Director
California Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 94283-0001

Magistrate Judge Ruben B. Brooks