1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MICHAEL GIECK,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>MARTIN EARLE LEVIN and AN MINH NGUYEN,<br><br>　　　　　　　　　　Defendants. | CASE NO. 05-CV-01974-H (RBB)<br><br>ORDER REQUIRING RESPONSE BY DEFENDANTS |

　　　Plaintiff Dennis Michael Gieck ("Plaintiff"), a state prisoner incarcerated at Calipatria State Prison in Calipatria, California, and proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on October 18, 2005. (Doc. No. 1.) Defendants Martin Earle Levin and An Minh Nguyen ("Defendants") filed an answer on March 16, 2006. (Doc. No. 15.) On November 6, 2006, Plaintiff sent a letter to the Court, dated November 1, 2006, concerning his

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

alleged situation.  The Court requests a response from Defendants to Plaintiff's letter by **Monday, December 4, 2006**.

     IT IS SO ORDERED.

DATED:  November 14, 2006

                             _____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Dennis Michael Gieck
K-76640
CAL
Calipatria State Prison
PO Box 5002
Calipatria, CA 92233-5002

Karen Walter
State of California
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266