# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MICHAEL GIECK,<br><br>                   Plaintiff,<br><br>vs.<br><br>MARTIN EARLE LEVIN and AN MINH NGUYEN,<br><br>                   Defendants. | CASE NO. 05-CV-01974-H (RBB)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF PRELIMINARY INJUNCTION AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO SUBMIT DOCUMENTATION |

On October 18, 2005, Plaintiff Dennis Michael Gieck ("Plaintiff"), a state prisoner incarcerated at Calipatria State Prison (CAL) in Calipatria, California, and proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against defendants Martin Earle Levin and An Minh Nguyen ("Defendants"). (Doc. No. 1.) On December 2, 2005, Plaintiff filed a motion for a preliminary injunction, in which he sought the Court to require that certain medical tests and treatments be ordered. (Doc. No. 5.) The Court denied the motion. (Doc. No. 8.) On March 16, 2006, Defendants filed an answer (Doc. No. 15).

On November 6, 2006, Plaintiff submitted a letter to the Court, dated November 1, 2006. On November 13, 2006, Plaintiff submitted a request to submit documentation to prove further violations of his civil rights. (Doc. No. 55.) Also on November 13,

1  2006, Defendants filed a motion for summary judgment. (Doc. No. 43.) On November
2  14, 2006, the Court ordered Defendants to respond to Plaintiff's letter, and extended the
3  time for Plaintiff to respond to the motion for summary judgment until February 4,
4  2006. (Doc. Nos. 44, 45.) On November 29, 2006, Plaintiff submitted a motion for
5  reconsideration of his motion for preliminary injunction. (Doc. No. 61.) On December
6  4, 2006, Defendants filed a response to Plaintiff's allegations. (Doc. No. 59.)

7  The Court exercises its discretion to decide the matter on the papers pursuant to
8  Local Civil Rule 7.1(d)(1). For the following reasons, the Court **DENIES** Plaintiff's
9  motion for reconsideration of his motion for preliminary injunction, and **GRANTS IN**
10 **PART AND DENIES IN PART** Plaintiff's request to submit documentation
11 concerning allegations of further violations of his civil rights .

12 **Discussion**

13 **A.    Motion For Reconsideration Of Motion For Preliminary Injunction**

14 Plaintiff requests the Court grant a preliminary injunction, temporary restraining
15 order, or court order concerning his medical treatment. After carefully reviewing the
16 papers filed by Plaintiff and Defendants, the Court concludes that Plaintiff has not met
17 the standards for the relief he seeks. Defendants' submissions indicate that Plaintiff is
18 receiving medical treatment. See Declaration Of Karen M. Walter In Support Of
19 Defendants' Response To Plaintiff's Letter Dated November 1, 2006, at 3
20 (memorandum of Dr. Levin). Accordingly, the Court denies Plaintiff's request for a
21 preliminary injunction, temporary restraining order, or court order requiring medical
22 tests and treatments be ordered. The Court suggests that Plaintiff follow the proper
23 procedures to continue to receive medical treatment at CAL.

24 **B.    Request To Submit Documentation**

25 Plaintiff may submit documentation of alleged further violations of his civil
26 rights in his response to Defendants' motion for summary judgment. To the extent that
27 Plaintiff has appropriate evidence regarding his current allegations, the Court will
28 consider it at the appropriate time. Accordingly, the Court grants in part and denies in

1  part Plaintiff's request to provide documentation.

2  **Conclusion**

3  For the reasons discussed, the Court **DENIES** Plaintiff's motion for
4  reconsideration of his motion for preliminary injunction, and **GRANTS IN PART**
5  **AND DENIES IN PART** Plaintiff's request to submit documentation to prove further
6  violations of Plaintiff's civil rights.

7  IT IS SO ORDERED.

8  DATED: December 12, 2006

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
Dennis Michael Gieck
K-76640
CAL
Calipatria State Prison
PO Box 5002
Calipatria, CA 92233-5002

Karen Walter
State of California
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266